JS 44C/SDNY
REV. 06/01/17

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS**
Michael Deem

**DEFENDANTS**
Lorna DiMella-Deem, Robert J. Filewich, PhD, Angelina Young, Rollin Aurelien, Robin D. Carton, Esq., Faith G. Miller, Esq., Angela DiMella, Jane Doe and Hon. Arlene Gordon-Oliver, F.J.C.

**ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER**
Michael Deem, Pro Se
26 Keystone Road, Yonkers, NY 10710
914-482-3867

**ATTORNEYS (IF KNOWN)**

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Civil Rights, sec 1983; Malicious prosecution and abuse of process based on fabricated evidence.

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No[ ] Yes[✓]

Judge Previously Assigned

If yes, was this case Vol.[ ] Invol.[ ] Dismissed. No[ ] Yes[ ] If yes, give date _____ & Case No. _____

Is THIS AN INTERNATIONAL ARBITRATION CASE?   No [X]   Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)     NATURE OF SUIT

TORTS — ACTIONS UNDER STATUTES

**CIVIL RIGHTS**
[x] 440 OTHER CIVIL RIGHTS (Non-Prisoner)

Check if demanded in complaint:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 1,000    OTHER Injunction

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y. AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:
JUDGE _____ DOCKET NUMBER _____

Check YES only if demanded in complaint
JURY DEMAND: [X] YES [ ] NO

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

46540121317

(PLACE AN x IN ONE BOX ONLY)     **ORIGIN**

[X] 1 Original Proceeding    [ ] 2 Removed from State Court    [ ] 3 Remanded from Appellate Court    [ ] 4 Reinstated or Reopened    [ ] 5 Transferred from (Specify District)    [ ] 6 Multidistrict Litigation (Transferred)    [ ] 7 Appeal to District Judge from Magistrate Judge

[ ] a. all parties represented

[X] b. At least one party is pro se.

[ ] 8 Multidistrict Litigation (Direct File)

(PLACE AN x IN ONE BOX ONLY)     **BASIS OF JURISDICTION**     *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

[ ] 1 U.S. PLAINTIFF    [ ] 2 U.S. DEFENDANT    [X] 3 FEDERAL QUESTION (U.S. NOT A PARTY)    [ ] 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ]1 | [ ]1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ]3 | [ ]3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ]5 | [ ]5 |
| CITIZEN OF ANOTHER STATE | [ ]2 | [ ]2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ]4 | [ ]4 | FOREIGN NATION | [ ]6 | [ ]6 |

**PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)**
26 Keystone Road, Yonkers, NY 10710 - Westchester County

**DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)**
Lorna DiMella-Deem, 83 Hawthorn Place, Briarcliff Manor, NY-Westchester; Robert J. Filewich, PhD, 222 Westchester Ave., Ste 406, White Plains, NY-Westchester; Angelina Young, 10 County Center Rd, 2d Fl, White Plains, NY-Westchester; Rollin Aurelien, 50 Sanitarium Rd., Bldg C, Pomona, NY-Rockland; Robin D. Carton, Esq., 150 Grand Street, Ste 305, White Plains, NY-Westchester; Faith G. Miller, Esq., 150 Grand St., 5th Fl, White Plains, NY-Westchester; Angela DiMella, 5 Fowler Ct,

**DEFENDANT(S) ADDRESS UNKNOWN**
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Jane Doe

**COURTHOUSE ASSIGNMENT**
I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:    THIS ACTION SHOULD BE ASSIGNED TO:    [X] WHITE PLAINS    [ ] MANHATTAN

DATE      SIGNATURE OF ATTORNEY OF RECORD      ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[ ] YES (DATE ADMITTED Mo. _____ Yr. _____)

RECEIPT #      Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.
Magistrate Judge **MAG. JUDGE DAVISON** _____ is so Designated.

Ruby J. Krajick, Clerk of Court by *Gretto* Deputy Clerk, DATED **JUL - 9 2018**

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)      **PRO SE INTAKE UNIT**

Clear Form      Save      Print