UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICHAEL DEEM,

                        Plaintiff,

          v.

LORNA DIMELLA-DEEM, ROBERT J. FILEWICH, PHD,
ANGELINA YOUNG, ROLLIN AURELIEN,
ROBIN D. CARTON, ESQ., FAITH G. MILLER, ESQ.,
ANGELA DIMELLA, JANE DOE and
HON. ARLENE GORDON-OLIVER, F.C.J.,

                        Defendants.
------------------------------------------------------------------X

18-CV-6186 (NSR)(PED)

**EMERGENCY *EX PARTE*
ORDER TO SHOW CAUSE**

Upon reading the verified complaint and the affidavit of Michael Deem, Plaintiff, *Pro Se*, sworn to on July 13, 2018, and the exhibit attached thereto it is

ORDERED, that Defendant Robert J. Filewich, PhD, shall surrender any individual or joint document regarding marriage counseling or mental health treatment for Plaintiff Michael Deem and Defendant Lorna DiMella-Deem to the U.S. Marshals Service forthwith upon presentation of this Order; and

It is further ORDERED that the U.S. Marshals Service shall deliver all documents surrendered by Defendant Robert J. Filewich, PhD, to this Court for safekeeping until such further Order by this Court; and

It is further ORDERED that no bond, fee or posting shall be required of the Plaintiff.

Dated: White Plains, New York
       July _____, 2018

                                                                      _____
                                                                      Nelson S. Roman, U.S.D.J.