UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL DEEM,<br><br>                Plaintiff,<br><br>-against-<br><br>LORNA DIMELLA-DEEM; ROBERT J. FILEWICH, PHD; ANGELINA YOUNG; ROLLIN AURELIEN; ROBIN D. CARTON, ESQ.; FAITH G. MILLER, ESQ.; ANGELA DIMELLA; JANE DOE; HON. ARLENE GORDON-OLIVER, F.C.J.,<br><br>                Defendants. | 18-CV-6186 (NSR)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued July 24, 2018, dismissing this action,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed. The Court dismisses Plaintiff's federal claims against Judge Gordon-Oliver under the doctrine of judicial immunity and as frivolous. The Court dismisses the remainder of Plaintiff's federal claims under the abstention doctrine articulated by the Second Circuit in *American Airlines, Inc. v. Block*, 905 F.2d 12, 14 (2d Cir. 1990) (per curiam). The Court declines to exercise supplemental jurisdiction with respect to Plaintiff's state-law claims. 28 U.S.C. § 1367(c)(3).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court note service of this judgment on the docket.

Dated: July 24, 2018
           White Plains, New York

                                                    NELSON S. ROMÁN
                                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/2018