UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X   18-CV-6186 (NSR)(PED)

MICHAEL DEEM,

                Plaintiff,                          **NOTICE OF APPEAL**

    v.

LORNA DIMELLA-DEEM, ROBERT J. FILEWICH, PHD,
ANGELINA YOUNG, ROLLIN AURELIEN,
ROBIN D. CARTON, ESQ., FAITH G. MILLER, ESQ.,
ANGELA DIMELLA, JANE DOE and
HON. ARLENE GORDON-OLIVER, F.C.J.,

                Defendants.
------------------------------------------------------------------X

Notice is hereby given that Plaintiff in the above-named case appeals to the United State Court of Appeals for the Second Circuit from the civil judgment entered on July 24, 2018 dismissing Plaintiff's federal claims against Judge Gordon-Oliver under the doctrine of judicial immunity and as frivolous and dismissing the remainder of Plaintiff's federal claims under the abstention doctrine articulated by the Second Circuit in *American Airlines, Inc. v. Block*, 905 F.2d 12 (2d Cir. 1990).

Dated: Yonkers, New York
       July 26, 2018

                                                     _/s/ Michael Deem_
                                                     Michael Deem, *Pro Se*
                                                     26 Keystone Road
                                                     Yonkers, NY 10710
                                                     914-482-3867
                                                     deem1779@gmail.com